UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kamehameha Kane,

Plaintiff,

vs.

Corrections Corporation of America, Ted Sakal, and Marian E. Tsuji,

Defendants.

Civil 01-1658 PAM/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 12, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," [#2] is DENIED;

2. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. §1915A(b)(1);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $150.00, in accordance with 28 U.S.C. §1915(b)(2); and

4. For purposes of 28 U.S.C. §1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: November 16, 2001.

JUDGE PAUL A. MAGNUSON
United States District Court

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________